**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-1541**

_____

KIMBERLY BEACH,

Plaintiff - Appellant,

v.

COSTCO WHOLESALE CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, Chief District Judge.  (5:18-cv-00092-MFU-JCH)

_____

Submitted:  November 17, 2020                    Decided:  November 19, 2020

_____

Before MOTZ and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ashley E. Strandjord, Benjamin T. Boscolo, CHASENBOSCOLO INJURY LAWYERS, Greenbelt, Maryland, for Appellant.  James M. Haynes, Jr., Brennan C. Morrissett, MCCANDLISH HOLTON, PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Beach appeals the district court's order granting summary judgment in favor of Costco Wholesale Corporation in her personal injury action. We have reviewed the record on appeal and the arguments presented by the parties, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Beach v. Costco Wholesale Corp.*, No. 5:18-cv-00092-MFU-JCH (W.D. Va. Apr. 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*